UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
PETER PALATINI,

        Plaintiff,

08-cv-3161 (MGC)

-against-

**AFFIRMATION OF SERVICE**

THE CITY OF NEW YORK, and POLICE OFFICER
FRANK CHIODI Tax Id. No. 924057 of the Narcotic
Bureau Brooklyn North Police Precinct,

        Defendants.

------------------------------------------------------------------------ x

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

**MICHAEL FINEMAN**, an attorney admitted to the practice of law, being duly sworn, deposes and affirms that deponent is not a party to the within action, is over 18 years of age and resides in the State of New York, County of Kings.

That on the 11th day of April, 2008 deponent served the <u>Summons and Complaint</u> upon:

    The City of New York
    1 Centre Street
    New York, NY 10007

The defendant in this action, at the above address(es) designated by said defendant for that purpose by delivering the same with Genovia Partlow, an agent of the defendant authorized to authorized to accept service.

Dated: New York, New York
       April 11, 2008

                                                             MICHAEL FINEMAN