**DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | Trans. #:       20081788 |
| | Date Filed: |
| PETER PALATINI           Plaintiff(s) / Petitioner(s) | Docket/Index #:   08 CV 3161 |
| ~ vs ~ | Witness Fee:    $0.00 |
| THE CITY OF NEW YORK, ET ANO   Defendant(s) / Respondent(s) | File: No     Court Date: |
| | Client Ref #: |
| | THE LAW OFFICE OF MICHAEL FINEMAN, ESQ. |
| | 305 BROADWAY, SEVENTH FLOOR |
| | NEW YORK NY 10007 |

**STATE OF NEW YORK: COUNTY OF SUFFOLK   : SS:**

**CURTIS DUNCAN**, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 10, 2008 at 02:53 PM, at NARCOTICS BUREAU BROOKLYN NORTH, 245 GLENMORE AVENUE, BROOKLYN NY 11207

deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION
on P.O. FRANK CHIODI defendant therein named.

**INDIVIDUAL** [ ]
By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
Defendant was identified by self admission

**CORPORATION** [ ]
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.
*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON** [X]
By delivering a true copy thereof to and leaving with DETECTIVE SERRANO, a person of suitable age and discretion at NARCOTICS BUREAU BROOKLYN NORTH, 245 GLENMORE AVENUE, BROOKLYN, NY, 11207 the said premise being the defendants / respondents place of business within the state of New York.

**AFFIXING TO DOOR, ETC.** [ ]
By affixing a true copy thereof to the door of the said premises, the same being the defendant's _____ within the State of New York.

**MAILING** [X]
Deponent completed service under the last two sections by depositing a true copy of the SUMMONS AND COMPLAINT IN A CIVIL ACTION
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on April 14, 2008 to the Above Address
FIRST CLASS MAIL IN AN ENVELOPE BEARING THE LEGEND " PERSONAL & CONFIDENTIAL" AND NOT INDICATE ON THE OUTSIDE THERE OF BY RETURN ADDRESS OR OTHERWISE THAT IT WAS FROM AN ATTORNEY OR CONCERNED AN ACTION AGAINST THOSE SERVED.

**PREVIOUS ATTEMPTS** [ ]
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age **36** Approximate weight **180** Approximate height **5'8"** Sex **Male**
Color of skin **WHITE** Color of Hair **BLACK** Other _____

[X] Deponent spoke with Person Served who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this 04/17/2008

_____          _____
CURTIS DUNCAN 1212924                VINCENT J. GILLIS
                                     Notary Public State of New York
                                     No. 01GI4984594
                                     Qualified in Suffolk County
                                     Commission Expires July 29, 2011

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468