UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

PETER PALATINI,

                                                  08-cv-3161 (MGC)

    Plaintiff,

           -against-                         **AFFIRMATION OF SERVICE**

THE CITY OF NEW YORK, and POLICE OFFICER
FRANK CHIODI Tax Id. No. 924057 of the Narcotic
Bureau Brooklyn North Police Precinct,

    Defendants.

---------------------------------------------------------------------- x

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK )

**MICHAEL FINEMAN**, an attorney admitted to the practice of law, being duly sworn, deposes
    and affirms that deponent is not a party to the within action, is over 18 years of age and
    resides in the State of New York, County of Kings.

That on the 13th day of May, 2008 deponent served the <u>Summons and Complaint</u> upon:

City of New York
Care of: Law Department
100 Church Street
New York, NY 10007

The defendant's attorneys in this action, at the above address(es) designated  by said attorneys
for that purpose by delivering the same with *Amanda Gonzales*    , an agent of
the defendant's attorneys authorized to authorized to accept service whose approximate age is
*2 4* , whose approximate height is *5'5* , sex is *Female* , color of skin is *white*
and color of hair is *Black* .

Dated: New York, New York
       May 13, 2008

                                                MICHAEL FINEMAN