UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PETER PALATINI,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, and POLICE
OFFICER FRANK CHIODI Tax Id. No. 924057 of
the Narcotic Bureau Brooklyn North Police Precinct,

                Defendants.

------------------------------------------------------------x

STIPULATION TO
ENLARGE TIME FOR
DEFENDANTS TO
RESPOND TO THE
COMPLAINT

08 CV 3161 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the time for the defendants City of New York and Frank Chiodi to answer or otherwise respond to the complaint is enlarged to July 3, 2008.

Dated: New York, New York
       June ___, 2008

MICHAEL FINEMAN, ESQ.
Attorney at Law
305 Broadway, 7th Floor
New York, NY 10007
(212) 897-5823

By: _____
    Michael Fineman (MF 0282)

MICHAEL A. CARDOZO
Corporation Counsel of the City
of New York
Attorney for Defendant City of
New York
100 Church Street
New York, NY 10007
(212) 227-4071

By: _____
    Susan P. Scharfstein (SS 2476)

So ordered.

/s/
United States District Judge
June 17, 2008