UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
PETER PALATINI,

                                                                           08-cv-3161 (MGC)

      Plaintiff,

          -against-                                **DEMAND FOR THE PRODUCTION OF**

THE CITY OF NEW YORK, and POLICE OFFICER    **DOCUMENTS PURSUANT**
FRANK CHIODI Tax Id. No. 924057 of the Narcotic    **TO FEDERAL RULE OF**
Bureau Brooklyn North Police Precinct,                        **CIVIL PROCEDURE 34**

      Defendants

------------------------------------------------------------------------ x

Plaintiff PETER PALATINI requests the defendants to respond to the following requests in that:

1. Defendants produce and permit plaintiff to inspect and to copy each of the following documents:

    a. Copies of all Police and/or incident reports and/or other memoranda in defendant's possession concerning the incident alleged in the complaint, including but not limited to

        i. Omniform Arrest Report.

        ii. Omniform Compliant Report.

        iii. Online Booking System Arrest Worksheet.

        iv. Property Clerk Invoices.

        v. Photographs of the plaintiff whether in Polaroid or digital formats.

        vi. Prisoner Pedigree Card.

        vii. Prisoner Movement Slip

    viii.  Complaint Report Worksheet.

    ix.  Activity Log entries.

    x.  Supporting Depositions.

    xi.  Sprint Report.

    xii.  Medical Treatment of Prisoner Form.

    xiii.  Aided Report Worksheet (PD304-152b).

    xiv.  Non-lethal restraining device/rescue equipment report (PD320-150).

    xv.  Taser/Stun device report (PD304-150).

    xvi.  Unusual occurrence report (PD-370-152).

    xvii.  Pre-Arraignment Notification Form.

    xviii.  Overtime Reports (PD138-064).

    xix.  Prisoner Transport Dispatch (PD171-132).

    xx.  Memo Book entries.

    xxi.  Nacotics Tactical Plan.

    xxii.  All paperwork concerning Albert Wright, an individual who was arrested at the same time and place as the plaintiff.

b.  Copies of the employment and/or disciplinary records in the possession of defendant City of New York relating to the employees, Police Officer Frank Chiodi.

Plaintiff request that the defendants make these documents available to plaintiff's attorney, Michael Fineman, Esq., at a time and place mutually convenient to the parties, but in any event, prior to the taking of depositions.

Dated: New York, New York
July 20, 2008

                            Very truly yours,

                            THE LAW OFFICE OF MICHAEL FINEMAN, ESQ.

By:         /s/
     Michael Fineman, Esq. (MF0282)
     Attorney for Plaintiff,
     PETER PALATINI,
     305 Broadway, 7th Floor
     New York, New York 10007
     Tel: (212) 897-5823
     Fax: (212) 897-5824
     File No. 508/2007

To:    Law Department
      City of New York
      Attn: Susan P. Scharfstein
      100 Church Street
      New York, NY 10007

## **AFFIRMATION OF SERVICE**

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK  )

**MICHAEL FINEMAN**, an attorney admitted to the practice of law, being duly sworn, deposes and affirms that deponent is not a party to the within action, is over 18 years of age and resides in the State of New York, County of Kings.

That on the 20th day of July, 2008 deponent served the within <u>PLAINTIFF'S DEMAND FOR THE PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34</u> upon:

> Law Department
> City of New York
> Attn: Susan P. Scharfstein
> 100 Church Street
> New York, NY 10007

The attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____/s/_____
MICHAEL FINEMAN